JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL RUIZ,**<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**CONSUMER PORTFOLIO SERVICES, INC.,**<br><br>　　　　Defendant. | **Case No.:** SACV15-01071 AG (KESx)<br><br>**JUDGMENT**<br><br>**HON. ANDREW J. GUILFORD** |

 On November 12, 2015, Defendant CONSUMER PORTFOLIO SERVICES, INC. ("Defendant") made an Offer of Judgment to Plaintiff KRISTIN KELLY ("Plaintiff"). [ECF No. 25]. Thereafter, Plaintiff accepted said Offer on November 25, 2015. [ECF No. 26]. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Plaintiff and against Defendant pursuant to Federal Rule of Civil Procedure, Rule 68; and,

2. Said Judgment shall be for the sum of $4,001.00 (four thousand and one dollars and zero cents); plus Plaintiff's reasonable attorneys' fees; and, costs.

Dated: November 30, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　U.S. District Court Judge