# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAUL RUIZ,**<br><br>        Plaintiff,<br><br>        v.<br><br>**CONSUMER PORTFOLIO SERVICES, INC.,**<br><br>        Defendant. | **Case No.:** SACV15-01071 AG (KESx)<br><br>**ORDER OF DISMISSAL**<br><br>**HON. ANDREW J. GUILFORD** |

Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 10, 2016

_____

HON. ANDREW J. GUILFORD
U.S. DISTRICT JUDGE

---

**[PROPOSED] ORDER OF DISMISSAL**　　　　　　　　　　　　　　　PAGE 1 OF 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE